UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RETH KEM, <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, SAMUEL OLSON, and BRIAN ENGLISH, <br><br> Respondents. | CAUSE NO. 3:25-CV-997 DRL-SJF |

### ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted in part, ordering respondents to release Reth Kem on the same conditions of supervised release that existed before his re-detention. ECF 13. The petitioner has since been released. ECF 15. The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED.

January 22, 2026               *s/ Damon R. Leichty*
                               Judge, United States District Court